IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

C. KLINE #K-52418,         )
                           )
            Plaintiff,     )
                           )
     v.                    )    No. 06 C 6106
                           )
SGT. ERNEST EWING, et al., )
                           )
            Defendants.    )

## MEMORANDUM ORDER

This Court's November 16, 2006 memorandum order should have been plain enough even to someone with a learning disability such as pro se plaintiff Corey Kline ("Kline") asserts himself to be: It dismissed Kline's Complaint and this action but, in accordance with 28 U.S.C. §1915 ("Section 1915"), required him to obtain a printout of his prison trust fund account so that this Court could determine the basis on which Kline must pay the $350 filing fee for bringing this action. Despite that directive, Kline has just submitted (in handwritten form) a Motion for Appointment of Counsel ("Motion") and an Affidavit in Support of Request To Proceed In Forma Pauperis ("Request")--the latter without the required trust fund transaction printout.

Because this action has already been dismissed, the Motion is denied as moot. As for the Request, it too is denied--and Kline is again ordered to obtain and submit the printout referred to in the November 16 memorandum order so that this Court can carry out its responsibilities under Section 1915.

_____
Milton I. Shadur
Senior United States District Judge

Date: December 18, 2006