```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

C. KLINE #K-52418,                  )
                                    )
                Plaintiff,          )
                                    )
    v.                              )    No.  06 C 6106
                                    )
SGT. ERNEST EWING, et al.,          )
                                    )
                Defendants.         )
```

## MEMORANDUM

This Court has now received from Pontiac Correctional Center ("Pontiac") a printout reflecting the transactions in the trust fund account of plaintiff Corey Kline ("Kline") at that institution. With no deposits at all having been received during the six-month period preceding Kline's filing of this action, no initial payment on account of the $350 filing fee is required.

As for the future, the trust fund officer at Pontiac (or at any other correctional facility where Kline may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account there and to pay it directly to the Clerk of Court ("Clerk") on account of the filing fee due in this case:

>           Office of the Clerk
>           United States District Court
>           219 South Dearborn Street
>           Chicago IL 60604
>
>           Attention:  Fiscal Department

Monthly payments collected from the trust fund account shall be

forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid, and all payments shall clearly identify Kline's name and the 06 C 6106 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Pontiac trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 26, 2007